UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN R. CHAPPELL,<br><br>    Defendant. | Case No.  14-cv-03650-JST (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 13 |

Pursuant to plaintiff's notice of voluntary dismissal (dkt. no. 13), this case is DISMISSED without prejudice.  See Fed. R. Civ. P. 41(a).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
JON S. TIGAR
United States District Judge