UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LYNELL KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN R. CHAPPELL,<br><br>　　　　Defendant. | Case No. 14-cv-03650-JST (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to petitioner's notice of voluntary dismissal (ECF No. 19), this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(a).

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: August 16, 2016

_____
JON S. TIGAR
United States District Judge